## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brent Douglas Buchan, | Civ. No. 24-3683 (JWB/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| State of Minnesota, | |
| Respondent. | |

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on April 7, 2025. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The April 7, 2025 R&R (Doc. No. 11) is **ACCEPTED**.

2. Petitioner Brent Douglas Buchan's Petition for a Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**.

3. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 28, 2025

                                                   *s/ Jerry W. Blackwell*
                                                   JERRY W. BLACKWELL
                                                   United States District Judge